IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ORTIZ,

    Petitioner,                 No. 2:13-cv-0737 CKD P

    vs.

UNKNOWN,

    Respondent.               <u>ORDER</u>

_____/

        The document filed by petitioner on May 1, 2013, is deemed a notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, this case is dismissed.

Dated: May 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
orti0737.41(a)